#60991

FILED
2011 MAR 17 PM 2:30
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

08-60890   MICHAEL DHAYER
           DENISE DHAYER
           DEBTOR DID NOT CASH CHECK
           CHECK #485189 FOR $761.54
           MICHAEL DAYER
           DENISE DHAYER
           6636 COLUMBUS RD
           SHREVE, OH  44676

10-61067   GREGORY OEHRLI
           REBECCA OEHRLI
           DEBTOR DID NOT CASH CHECK
           CHECK #485190 FOR $86.97
           GREGORY OEHRLI
           REBECCA OEHRLI
           342 NORTH HENRY STREET
           CRESTLINE, OH  44827

(07-62725)  GREGORY MOHR
           HEATHER MOHR
           CREDITOR DID NOT CASH CHECK
           CHECK #485191 FOR $145.41
           CLC CONSUMER SERVICES
           2730 LIBERTY AVENUE
           PITTSBURGH, PA  15222

FILED
2011 MAR 17 PM 2:46
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON